UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY S. MCNIVEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　　　Defendant. | CASE NO. C21-1718JLR<br><br>ORDER OF DISMISSAL |

Before the court is *pro se* Plaintiff Timothy S. McNiven's proposed complaint. (Compl. (Dkt. # 1).) On January 4, 2022, the Clerk sent Mr. McNiven a letter notifying him of his failure to redact personally identifiable information apparent from the COVID vaccination card he submitted as an exhibit, and instructed him to refile a redacted version of that exhibit. (IFP Deficiency Ltr. (Dkt. # 3).) It also notified Mr. McNiven that he had neither paid the $402.00 filing fee nor submitted an application to proceed *in forma pauperis* ("IFP"), and instructed him to do so by February 3, 2022. (*Id.*) Finally, Mr. McNiven was notified that he needed to submit a completed civil cover sheet to the

Clerk "as soon as possible." (*Id.*[1]) On February 7, 2022, the letter was returned to the court as undeliverable. (*See* 2/7/22 Dkt. Entry (Dkt. # 4).)

To date, Mr. McNiven has not corrected any of the issues identified in the IFP Deficiency Letter of his own accord, nor has he provided the court with a current and valid mailing address within the time required by the court's local rules. (*See generally* Dkt.); *see also* Local Rules W.D. Wash. LCR 41(b)(2) (permitting dismissal without prejudice for failure to prosecute if a pro se party fails to provide a current address within sixty (60) days of mail being returned to the court as undeliverable).

For the foregoing reasons, this action is DISMISSED without prejudice.

Dated this 11th day of April, 2022.

JAMES L. ROBART
United States District Judge

---

[1] The court initially advised Mr. McNiven that he had failed to file a notice regarding the pendency of a related action (*see id.*), but subsequently instructed him to "disregard that portion of the deficiency letter." (*See* 1/4/22 Dkt. Entry (Dkt. # 3).)

ORDER - 2